UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Keocher and Jacquelyn Keocher,   Civil No. 11-2947 (DWF/JJK)

      Plaintiffs/Counter-Defendants,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Federal National Mortgage Association,
and all unknown successors of Federal
National Mortgage Association, and all
other persons unknown claiming any right,
title, interest, or lien in the real estate described
in the complaint herein,

      Defendant/Counter-Claimant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated July 9, 2012 (Doc. No. 20). No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and hereby enters the following:

**ORDER**

1. Magistrate Judge Jeffrey J. Keyes's July 9, 2012 Report and Recommendation (Doc. No. [20]) is **ADOPTED**.

2. Plaintiffs' Complaint (Doc. No. [1], Ex. 1) is **DISMISSED WITH PREJUDICE**.

3.      Defendant Fannie Mae's Rule 41(b) Motion to Dismiss for Failure to Prosecute (Doc. No. [13]) is **DENIED AS MOOT**.

4.      Plaintiffs have no remaining right, title, or interest in the real property located in Isanti County, Minnesota, legally described as follows:

> The SW 1/4 of the NW 1/4, all in Section 36, Township 35, Range 22, Excepting from the SW 1/4 of the NW 1/4 of Section 36, Township 35, Range 22, the following described tract, to wit: thence South on Section line 41 rods to place of beginning; thence East 16 rods parallel with section line; thence South parallel with Section line 20 rods; thence West parallel with section line 16 rods; thence North on section line 20 rods to place of beginning.

5.      Plaintiffs' Notice of Lis Pendens dated June 9, 2011, and recorded with the Isanti County Recorder on June 10, 2011, as Document No. 417447, is hereby discharged.

6.      The Isanti County Recorder is hereby authorized to accept a certified copy of the Court's Order for recording against the Property legally described in Paragraph 4 of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 26, 2012            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge